UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-4538(JMR/RLE)

| | |
|---|---|
| United States of America, ex rel. Steven P. Radjenovich | ) ) ) |
| v. | ) ) ORDER |
| Stanley C. Gallagher, Wheaton Community Hospital, City of Wheaton, Minnesota | ) ) ) ) |

This matter is before the Court on the parties' cross-motions for summary judgment.  A hearing was held on August 14, 2009.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Defendant Wheaton Community Hospital's motion for summary judgment [Docket No. 133] is denied.

2. The government's motion for partial summary judgment [Docket No. 137] is denied.

3. Defendant Stanley C. Gallagher's motion for summary judgment [Docket No. 145] is denied.

Dated:  August 14, 2009

S/JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States District Judge
